**FILED**
June 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: SEALED
           Deputy

<u>SEALED</u>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

**DR:22-CR-01449-AM**

| UNITED STATES OF AMERICA | § | Cause No.: |
|---|---|---|
| | § | |
| | § | **INDICTMENT** |
| v. | § | |
| | § | [Vio: COUNT ONE: 18 U.S.C. §§ |
| | § | 922(g)(1) & 924(a)(2), Felon in |
| TERRY DEAN ANDERSON, JR. | § | Possession of a Firearm.] |
| | § | |
| | § | **FORFEITURE** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §§ 922(g)(1) & 924(a)(2)]

That on or about March 8, 2022, in the Western District of Texas, Defendant,

TERRY DEAN ANDERSON JR.,

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Smith and Wesson model Sigma SW40VE .40 caliber pistol (Serial Number: DYH6862), said firearm having been transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE</u>
[*See* FED. R. CRIM. P. 32.2]

**I.**
<u>Firearms Violation and Forfeiture Statutes</u>
[Title 18 U.S.C. § 922(g)(1) subject to forfeiture pursuant to Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c)]

As a result of the criminal violation set forth in Count One, the United States of America

gives notice to the Defendant of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and Title 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to Title 28 U.S.C. § 2461(c), which states the following:

> **Title 18 U.S.C. § 924. Penalties**
> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection . . . (g) . . . of section 922, . . . shall be subject to seizure and forfeiture . . . under the provisions of this chapter . . . .

This Notice of Demand for Forfeiture includes but is not limited to the following properties.

1. Smith and Wesson, model Sigma SW40VE, .40 caliber pistol, s/n DYH6862; and
2. Any related ammunition and firearm accessories.

A TRUE BILL.

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By:_____ For
ALEXANDER BROWN
Assistant United States Attorney