AO 442 (Rev. 11/11) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br>TERRY DEAN ANDERSON, JR.<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.  DR-22-CR-1449 (1)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TERRY DEAN ANDERSON, JR.                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

PLEASE SEE INDICTMENT

U.S. MARSHALS W/TX
RECEIVED
JUN 3 0 2022
DEL RIO, TX

Date:  06/29/2022

_____
*Issuing officer's signature*
C. Rodriguez, U.S. Deputy Clerk
*Printed name and title*

City and state:   Del Rio, Texas

U.S. Magistrate Judge Collis White
*Judicial Officer's Name*

Bail fixed at $:   NO BOND

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22