AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для
Western District of Texas

U.S. MARSHALS W/TX
RECEIVED
FEB 2 2 2024
DEL RIO, TX

United States of America
v.
TERRY DEAN ANDERSON JR.

Defendant

Case No. DR-22-CR-1449 (01)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TERRY DEAN ANDERSON JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

VIOLATION OF CONDITIONS OF PRETRIAL RELEASE
(SEE ATTACHED COPY)

Date: 02/22/2024

*Issuing officer's signature*
A. Martinez
*Printed name and title*
U.S. MAGISTRATE JUDGE MATTHEW H. WATTERS
*Judicial Officer's Name*

City and state: Del Rio, Tx.
Bail fixed at $: DETAIN

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Del Rio Arrest Warrant Rev. 1/22